AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2020

SEAN F. McAVOY, CLERK

ALBERTO C.V., )
　　　　*Plaintiff* )
　　　v. )　　Civil Action No.   1:19-CV-03208-SAB
 )
 )
COMMISSIONER OF SOCIAL SECURITY )
ADMINISTRATION, 
　　　　*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion for Summary Judgment, ECF No. 10, is GRANTED.
Defendant's Motion for Summary Judgment, ECF No. 11, is DENIED.
The decision of the Commissioner denying benefits is reversed and this case is remanded for the immediate calculation and award of benefits.
Judgment in favor of Plaintiff and against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian   on a motion for Summary Judgment.

Date:   June 19, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
　　　*(By) Deputy Clerk*
Sara Gore